Cardillo & Corbett
Attorneys for Plaintiff
PERSIAN GULF SHIPPING CO. INC.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
PERSIAN GULF SHIPPING CO. INC.,         :
                                        :
                Plaintiff,              :   ECF
                                        :   **RULE 7.1 STATEMENT**
        -against-                       :
                                        :
MARVEL INTERNATIONAL MANAGEMENT         :
AND TRANSPORTATION COMPANY,             :
                                        :
                Defendant.              :
----------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, PERSIAN GULF SHIPPING CO. INC. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         April 14, 2008

                                CARDILLO & CORBETT
                                Attorneys for Plaintiff
                                PERSIAN GULF SHIPPING CO. INC.

                        By:     _____
                                Tulio R. Prieto (TP-8455)