```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PERSIAN GULF SHIPPING CO. INC.,      :
                                     :
                    Plaintiff,       :
                                     :
          -against-                  :
                                     :
MARVEL INTERNATIONAL MANAGEMENT      :
AND TRANSPORTATION COMPANY,          :
                                     :
                    Defendant.       :
------------------------------------x
```

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

ORDER APPOINTING
PERSON TO SERVE
PROCESS
08 Civ. 3551 (PKC)

Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of Tulio R. Prieto, sworn to April 14, 2008, and good cause having been shown,

IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:   New York, New York
         April 14, 2008

                                         _____
                                              United State District Judge