Cardillo & Corbett
Attorneys for Plaintiff
PERSIAN GULF SHIPPING CO. INC.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
PERSIAN GULF SHIPPING CO. INC.,        :
                                       :  ECF
                   Plaintiff,          :  **AFFIDAVIT PURSUANT**
                                       :  **TO SUPPLEMENTAL**
        -against-                      :  **RULE B**
                                       :  08 Civ. 3551 (PKC)
MARVEL INTERNATIONAL MANAGEMENT        :
AND TRANSPORTATION COMPANY,            :
                                       :
                   Defendant.          :
----------------------------------------x

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

        TULIO R. PRIETO, being duly sworn, deposes and says:

        1.  I am a member of the Bar of this Court and a member of the firm of Cardillo & Corbett, attorneys for the Plaintiff herein.  I am familiar with the facts of this case and make this affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil

Procedure.

2.  I have attempted to locate defendant, MARVEL INTERNATIONAL MANAGEMENT AND TRANSPORTATION COMPANY, within this District.  As part of my investigation to locate the Defendant within this District, I examined the telephone company information directory, as well as the white and yellow pages of New York listed on the Internet or World Wide Web, and did not find any listing for the Defendant.

3.  The database of the office of the New York State Secretary of State was searched to determine if Defendant is qualified to do business in New York, without result.

4.  On information and belief, Defendant, MARVEL INTERNATIONAL MANAGEMENT AND TRANSPORTATION COMPANY, was and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law, with an address at Levent Mah. Safran Sok. No.3, 34330 Levent, Istanbul, Turkey.

5.  In consequence of these inquiries your deponent believes that the Defendant cannot be found within the Southern District of New York.

6.  Upon information and belief, Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro Bank NV, American Express Bank, Banco Popular, Bank Leumi,

Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, State Bank of India, Societe Generale, UBS AG and/or Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

    a)    accounts in the name of MARVEL INTERNATIONAL MANAGEMENT AND TRANSPORTATION COMPANY, or

    b)    electronic funds transfers listing MARVEL INTERNATIONAL MANAGEMENT AND TRANSPORTATION COMPANY, as a beneficiary of the funds transfer, or

    c)    electronic funds transfers showing MARVEL INTERNATIONAL MANAGEMENT AND TRANSPORTATION COMPANY, as the remitting party or ordering customer.

7. This is Persian Gulf Shipping Co. Inc.'s first request for this relief.

WHEREFORE, PERSIAN GULF SHIPPING CO. INC. respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of MARVEL INTERNATIONAL MANAGEMENT AND TRANSPORTATION COMPANY's tangible

and intangible property within this District.

                                                                                           */s/ Tulio R. Prieto*
                                                                                                     TULIO R. PRIETO

Sworn to before me this
14th day of April, 2008

_____
NOTARY PUBLIC

JEAN ELIAS
Notary Public, State of New York
No. 01EL6096474
Qualified in Richmond County
Certificate filed in New York County
Commission Expires July 28, 2011

4