Cardillo & Corbett
Attorneys for Plaintiff
PERSIAN GULF SHIPPING CO. INC.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PERSIAN GULF SHIPPING CO. INC.,           :
                                          :    ECF
                    Plaintiff,            :    **AFFIDAVIT IN**
                                          :    **SUPPORT OF PERSON**
         -against-                        :    **TO SERVE PROCESS**
                                          :    08 Civ. 3551 (PKC)
MARVEL INTERNATIONAL MANAGEMENT           :
AND TRANSPORTATION COMPANY,               :
                                          :
                    Defendant.            :
------------------------------------x

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

        TULIO R. PRIETO, being duly sworn, deposes and says:

        1.   I am a member of the Bar of this court, a member of the law firm of Cardillo & Corbett, attorneys for Plaintiff, and am fully familiar with the facts and circumstances in the captioned matter.

        2.   This affidavit is made pursuant to Rule 4(c) of the Federal Rules of Civil Procedure in support of an order to appoint myself, James P. Rau, Enmanuel O. Suarez, Cesar H.

Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett, in addition to the United States Marshal, to serve the Verified Complaint, the Process of Maritime Attachment and Garnishment, and other process in this action.

    3.   The granting of this request will result in expediting the service of process. The action involves a claim for breach of maritime contract ("Charter Party") by Defendant. Said Defendant cannot be found within this District but it has or will have funds, monies, credits and debts in this District in the hands of ABN Amro Bank NV, American Express Bank, Banco Popular, Bank Leumi, Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, State Bank of India, Societe Generale, UBS AG and/or Wachovia Bank, that can be attached, and it is desirable to expedite service of process to prevent such funds, monies, credits or debts from being disbursed.

    WHEREFORE, it is respectfully requested that the order be granted appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to

serve process in this action.

                                                TULIO R. PRIETO

Sworn to before me this
14th day of April, 2008

_____
NOTARY PUBLIC

JEAN ELIAS
Notary Public, State of New York
No. 01EL6096474
Qualified in Richmond County
Certificate filed in New York County
Commission Expires July 28, 2011