# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES F. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344-0464

FAX: (212) 797-1212/509-0981
E-MAIL: CC@CARDILLOCORBETT.COM

FRANCIS H. MCNAMARA
COUNSEL
JOSEPH CARDILLO, JR.
(1913-1984)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

**MEMO ENDORSED**

May 23, 2008

**BY FAX (212) 805-7949**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re:   Case No. 08 Civ. 3551 (PKC)
      Persian Gulf Shipping Co. Inc. v.
      Marvel International Management
      And Transportation Company
      Our File No.: E-588

Honorable Sir:

We are the attorneys for the plaintiff in the captioned action. We refer to the Order of the Court scheduling a pre-trial conference for May 30, 2008.

This is maritime action for breach of charter party in which plaintiff applied for and obtained an Order of Maritime Attachment of this Court. The plaintiff and defendant are at present discussing arrangements for defendant to provide security for plaintiff's claim.

We respectfully request the Court to grant a 30 day adjournment of the pre-trial conference in order that the parties may continue and conclude their discussions. If security is provided by defendant, we will file a Notice of Voluntary Dismissal, thereby disposing of the case.

Thank you for your consideration of this request.

Respectfully yours,

CARDILLO & CORBETT

By: *Tulio R. Prieto*
    Tulio R. Prieto

TRP/lf

*[Handwritten endorsement: Conference adjourned from May 30, 2008 to June 27, 2008 at 12:45 pm. SO ORDERED. /s/ USDJ 5-27-08]*