# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344 0464

FAX: (212) 797-1212/508-0890
E-MAIL: CC@CARDILLOCORBETT.COM

FRANCIS H. MCNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

## MEMO ENDORSED

June 20, 2008

*[Handwritten endorsement: Conference adjourned from June 27 to July 25, 2008 at 12:45 p.m. SO ORDERED. /s/ P. Kevin Castel USDJ 6-20-08]*

**BY FAX (212) 805-7949**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re: Case No. 08 Civ. 3551 (PKC)
Persian Gulf Shipping Co. Inc. v.
Marvel International Management
And Transportation Company
Our File No.: E-588

Honorable Sir:

We are the attorneys for the plaintiff in the captioned action. This matter is now scheduled for a pretrial conference on June 27, 2008.

By endorsement to our letter dated May 23, 2008, the Court on May 27, 2008 granted a 30 day adjournment of a previously scheduled pretrial conference. A copy of that endorsement is attached for the Court's ready reference.

The defendant has had difficulty establishing a bank guarantee to comply with plaintiff's requirements, but the parties hope that these difficulties can be resolved within the next 30 days. Therefore, we respectfully request that the Court grant another 30 day adjournment to allow the parties to conclude the security arrangements.

Thank you for your consideration of this request.

Respectfully yours,

CARDILLO & CORBETT

By: *(signature)*
Tulio R. Prieto

TRP/lf

06/20/2008 11:46 12125090961 CARDILLO & CORBETT PAGE 02/03
Case 1:08-cv-03551-PKC    Document 12    Filed 06/20/2008    Page 2 of 2